IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC DEMETRIUS VEAL, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-408-MTT |
| | * |
| STATE OF GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 7, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of March, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk